United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-12248-ref
Grete U. Wrede                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Cathleen    Page 1 of 1    Date Rcvd: Aug 11, 2016
                 Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2016.
db           #+Grete U. Wrede,   647 Williams Avenue,    Walnutport, PA 18088-1358
13684103      MTGLQ Investors, L.P.,   c/o Shellpoint Mortgage Servicing,   PO BOX 10826,
               Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: pctcebn@taxcollect.com Aug 12 2016 01:01:18    Pinellas County Tax Collector,
              PO Box 4006,   Seminole, FL  33775-4006
                                                                                                                  TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2016 at the address(es) listed below:
       CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com
       DAVID S. GELLERT    on behalf of Debtor Grete U. Wrede dsgatn@rcn.com
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                          TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Grete U. Wrede<br>　　　　　　　Debtor | CHAPTER 13 |
| MTGLQ Investors, L.P.<br>　　　　　　　Movant<br>　　vs.<br>Grete U. Wrede<br>　　　　　　　Debtor | NO. 14-12248 REF |
| Frederick L. Reigle Esq.<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER**

　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 200 Glennes Lane, Dunedin, FL 34698 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: August 11, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.