United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-12248-ref
Grete U. Wrede                                                      Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa          Page 1 of 2          Date Rcvd: May 17, 2017
                           Form ID: 138NEW      Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db        #+Grete U. Wrede,   647 Williams Avenue,   Walnutport, PA 18088-1358
smg        +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg        +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg        +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13270737   +AAA Financial Services,   P.O. Box 15026,   Wilmington, DE 19850-5026
13270739   +American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
13331635    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13270741   +Chase Card Services,   P.O. Box 15123,   Wilmington, DE 19850-5123
13270742   +Chase Home Mortgage,   P.O. Box 78420,   Phoenix, AZ 85062-8420
13385148   +David S. Gellert, Esquire,   1244 Hamilton Street,   Suite 204,   Allentown, PA 18102-4699
13270743   +Douglas Arms Apartments Owners Assoc.,   c/o Cianfron & DeFurio,
             1964 Bayshore Boulevard, S uite A,   Dunedin, FL 34698-2576
13378282   +JPMorgan Chase Bank, National Association,   Attn: Correspondence Mail, Mail code LA4,
             700 Kansas lane,   Monroe, LA 71203-4774
13291709   +JPMorgan Chase Bank, National Association,   c/o CHRISTOPHER A. DENARDO,
             Shapiro and DeNardo, LLC,   3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
13684103    MTGLQ Investors, L.P.,   c/o Shellpoint Mortgage Servicing,   PO BOX 10826,
             Greenville, SC 29603-0826
13733291   +MTGLQ Investors, L.P.,   c/o JOSHUA ISAAC GOLDMAN,   KML Law Group, P.C.,   701 Market Street,
             Suite 5000,   Philadelphia, PA 19106-1541
13270744   +Progressive Management Inc.,   4151 Woodlands Parkway,   Palm Harbor, FL 34685-3492
13270745   +Wells Fargo,   P.O. Box 10347,   Des Moines, IA 50306-0347
13378943   +Wells Fargo Bank,   PO Box 63491 MAC A0143-042,   San Francisco, CA 94163-0001
13378599   +Wells Fargo Bank,   PO Box 5058 MAC P6053-021,   Portland, OR 97208-5058
13377122   +Wells Fargo Card Services,   1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: robertsl2@dnb.com May 18 2017 01:27:20   Dun & Bradstreet, INC,
             3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 18 2017 01:26:56
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 18 2017 01:27:27    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13270738   +Fax: 727-445-6301 May 18 2017 01:50:01   Achieva Credit Union,   P.O. Box 2650,
             Largo, FL 33779-2650
13306790   +E-mail/Text: bankruptcy@bbandt.com May 18 2017 01:26:39    BB&T, Bankruptcy Section,
             100-50-01-51,   P.O. Box 1847,   Wilson, NC 27894-1847
13270740   +E-mail/Text: bankruptcy@bbandt.com May 18 2017 01:26:40    Branch Banking & Trust Company,
             301 College Street, 6th Floor,   P.O. Box 2027,   Greenville, SC 29602-2027
13380100    E-mail/Text: pctcebn@taxcollect.com May 18 2017 01:27:18    Pinellas County Tax Collector,
             PO Box 4006,   Seminole, FL 33775-4006
13387411    E-mail/PDF: rmscedi@recoverycorp.com May 18 2017 01:20:38
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13387890    E-mail/PDF: gecsedi@recoverycorp.com May 18 2017 01:20:49    Synchrony Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                    TOTAL: 9


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         Pinellas County Tax Collector,   PO Box 4006,   Seminole, FL  33775-4006
cr*         Synchrony Bank,   c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13380101*   Pinellas County Tax Collector,   PO Box 4006,   Seminole, FL 33775-4006
                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4          User: Lisa              Page 2 of 2          Date Rcvd: May 17, 2017
                              Form ID: 138NEW         Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
          CHRISTOPHER A. DENARDO   on behalf of Creditor    JPMorgan Chase Bank, National Association
           pabk@logs.com
          DAVID S. GELLERT    on behalf of Debtor Grete U. Wrede dsgatn@rcn.com,  r46641@notify.bestcase.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Grete U. Wrede

                Debtor(s)                                    Bankruptcy No: 14−12248−ref

                                                           Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

                400 Washington Street
                Suite 300
                Reading, PA 19601

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                        For The Court

                                      Timothy B. McGrath
                                      Clerk of Court

Dated: 5/17/17